UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN R. RICONDA,<br><br>            Plaintiff,<br><br>    -against-<br><br>MARC SHERMAN, EDWARD L. CUMMINGS, ROBERT W. VAN HELLEMONT, R. KEITH ELLIOT, JOHN F. CUNNINGHAM, AND GEOFF SMITH,<br><br>            Defendants. | Case No.<br>11-CV-01556-JS-ETB<br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Sung W. Kim of the law firm of Kelley Drye & Warren LLP hereby appears in the referenced action on behalf of Plaintiff John R. Riconda. I hereby certify that I am admitted to practice before this Court.

Dated: New York, NY
       April 14, 2011

                                        KELLEY DRYE & WARREN LLP


                                        By:  /s/ Sung W. Kim
                                             Joshua A. Berman (Bar No. 3990967)
                                             Sung W. Kim (Bar No. 4320339)
                                             Kelley Drye & Warren LLP
                                             101 Park Avenue
                                             New York, NY  10178
                                             (212) 808-7800

                                             *Attorneys for Plaintiff John R. Riconda*

TO:

Richard A. Kraslow
RICHARD A. KRASLOW, P.C.
425 Broad Hollow Road, Suite 206
Melville, New York 11747

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

  I, Sung W. Kim, hereby certify that on this 14th day of April, 2011, a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing.


                /s/ Sung W. Kim
                Sung W. Kim