**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JOSHUA A. BERMAN
DIRECT LINE: (212) 808-7959
EMAIL: jberman@kelleydrye.com

April 14, 2011

**VIA ECF**

Honorable Joanna Seybert
United States District Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *John R. Riconda v. Marc Sherman et al.*, Civil Action No. 11-CV-01556 (E.D.N.Y.) (Seybert, J.)

Dear Judge Seybert:

      We represent the Plaintiff John R. Riconda ("Plaintiff" or "Riconda") in the above-referenced action. We respectfully write to request a 30-day extension of time to respond to the Motions to Dismiss and the Motion for Transfer of Venue filed by Defendants Marc Sherman, Edward L. Cummings, Robert W. Van Hellemont, R. Keith Elliot and Geoff Smith ("Defendants") on April 6, 2011. On behalf of Defendants, we also respectfully request that Defendants be granted a respective 14-day extension to submit reply papers upon the service of our opposition papers.

      The opposition papers are presently due April 21, 2011 and the reply papers are due April 29, 2011. If granted, the revised briefing scheduling would be as follows:

      May 20, 2011: Plaintiff's deadline to submit opposition papers

      June 3, 2011: Defendants' deadline to submit reply papers

      Defendants have assented to the present request for extensions and agreed to the revised deadlines proposed above. This is our first request for an extension of time to submit opposition papers to the Defendants' Motions to Dismiss and the Motion for Transfer of Venue. We have not made a prior application for an extension of these deadlines.

**KELLEY DRYE & WARREN** LLP

Honorable Joanna Seybert
April 14, 2011
Page Two

      Granting the requested extensions will not cause any undue delay in this case, will not prejudice the Plaintiff or Defendants, and is not expected to interfere with any other deadlines pending in this case.

      We thank the Court for its kind consideration of this application.

Respectfully submitted,

Joshua A. Berman

cc:    Richard A. Kraslow, Esq. (via e-mail and ECF)
      Attorney for Defendants

      Magistrate Judge E. Thomas Boyle (via ECF)