Joshua A. Berman
KELLEY DRYE & WARREN LLP
Attorney for Plaintiff
John R. Riconda
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN R. RICONDA,<br><br>　　　　Plaintiff,<br><br>　　　-against-<br><br>MARC SHERMAN, EDWARD L. CUMMINGS, ROBERT W. VAN HELLEMONT, R. KEITH ELLIOT, JOHN F. CUNNINGHAM, AND GEOFF SMITH,<br><br>　　　　Defendants. | Civil Action No. 11-CV-01556<br><br>**NOTICE OF DISMISSAL** |

　　　Plaintiff John R. Riconda, by its counsel, Kelley Drye & Warren LLP, pursuant to Fed. R. Civ. P. 41(A)(1), hereby dismisses all claims against Defendant John Cunningham ("Defendant Cunningham") in this action voluntarily with prejudice. Defendant Cunningham was not served with process and accordingly has not appeared or filed papers responsive to the Complaint.

Dated: New York, New York
　　　　November 14, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Joshua A. Berman
　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　New York, New York 10178
　　　　　　　　　　　　　　　　　Telephone: (212) 808-7800
　　　　　　　　　　　　　　　　　Facsimile: (212) 808-7897

　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　JOHN R. RICONDA