Joshua A. Berman
KELLEY DRYE & WARREN LLP
Attorney for Plaintiff
John R. Riconda
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN R. RICONDA,<br><br>Plaintiff,<br><br>-against-<br><br>MARC SHERMAN, EDWARD L. CUMMINGS, ROBERT W. VAN HELLEMONT, R. KEITH ELLIOT, JOHN F. CUNNINGHAM, AND GEOFF SMITH,<br><br>Defendants. | Civil Action No. 11-CV-01556<br><br>NOTICE OF DISMISSAL |

Plaintiff John R. Riconda, by its counsel, Kelley Drye & Warren LLP, pursuant to Fed. R. Civ. P. 41(A)(1), hereby dismisses all claims against Defendant John Cunningham ("Defendant Cunningham") in this action voluntarily with prejudice. Defendant Cunningham was not served with process and accordingly has not appeared or filed papers responsive to the Complaint.

Dated: New York, New York
November 14, 2011

*[Signature]*
Joshua A. Berman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

ATTORNEY FOR PLAINTIFF
JOHN R. RICONDA

*[Handwritten:]* All claims against all defendants have been voluntarily dismissed. Therefore the Clerk of the Court is directed to mark this matter closed.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Nov. 15, 2011
Central Islip, NY